

Oxford Dictionaries

ABOUT | HELP | LOG IN

SELECT LANGUAGE **English**

Dictionary    Synonyms    Grammar ▫    Explore ▫

ENGLISH ... ▫    US English    pocket dial

See how a bottle becomes a new pair of jeans at

IWantToBeRecycled.org

 KEEP AMERICA BEAUTIFUL

Give your garbage another life. Recycle.



home    US English    pocket-dial

Definition of *pocket-dial* in English:

# pocket-dial

*North American* *informal*

---

**VERB**  (**pocket-dials**, **pocket-dialing**, **pocket-dialed** ; *British* **pocket-dials**, **pocket-dialling**, **pocket-dialled**)

[WITH OBJECT]

Inadvertently call (someone) on a mobile phone in one's pocket, as a result of pressure being accidentally applied to a button or buttons on the phone:

Most popular in the US ▫

1. mic drop
2. janky
3. harambee
4. balayage
5. saudade

= trending

WORD OF THE DAY

antepartum



*'he pocket-dialed his main girl and she heard everything'*

More example sentences

## NOUN

**(pocket dial)**

An inadvertent call made on a mobile phone in one's pocket, as a result of pressure being applied accidentally to a button or buttons on the phone:
*'deputies said a pocket dial to 911 led them to an underage drinking party'*

More example sentences

## For editors and proofreaders

Syllabification: pock·et·di·al

## Definition of pocket-dial in:

- British & World English dictionary

## What do you find interesting about this word or phrase?

*Comments that don't adhere to our Community Guidelines may be moderated or removed.*



### Nearby words

pocket watch

pocket-burner

**pocket-dial**

pocket-filled

pocket-hoop



QLINK
WIRELESS
CONNECTING AMERICA

Plus Free Minutes Every Month

Get Your
FREE Phone
+
FREE Service
Government Benefits Program

Must be eligible to enroll

Get Yours Now ▶

*click to view offer disclosures

English (US)



© 2016 Oxford University Press    Contact us    Privacy policy & legal notice    Browse dictionary    Help    About